UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:23-cv-10172-MAA                                                      Date: March 6, 2024

Title   Yuri Doering v. Nelson Alexander Pena et al

Present:   The Honorable Maria A. Audero, United States Magistrate Judge

|  Cindy Delgado  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):  ORDER TO SHOW CAUSE**

On December 4, 2023, Plaintiff Yuri Doering ("Plaintiff") filed a complaint (ECF No. 1). The case was assigned to Magistrate Judge Maria A. Audero. (ECF No. 5.)  On December 5, 2023, upon Plaintiff's request (ECF No. 4), the Court Clerk issued a summons as to Defendants Nelson Alexander Pena and RMB Diamond Properties LLC ("Defendans") (ECF No. 6.)

To date, Plaintiff has failed to file any proof of service or request an extension of time in which to do so.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** no later than **April 5, 2024** why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing a proof of service.

The parties are reminded that, for the above-entitled case to proceed with the assigned Magistrate Judge, they must file and serve joint or separate Consent form(s), indicating whether each party consents to have a Magistrate Judge assigned to this case.  Plaintiff must file the Consent form within forty-two (42) days after service of the summons and complaint upon the first-served defendant.  Each defendant must file the Consent form within forty-two (42) days after service of the summons and complaint upon that defendant.  If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the government must file the Consent form within sixty (60) days after service of summons and complaint upon each defendant.  If one or both parties fails to consent to the case proceeding before the assigned Magistrate Judge within the prescribed time, the case automatically will be re-assigned.

It is so ordered.